

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00394-CV

_____

EC LEWISVILLE, LLC, D/B/A ELITE CARE EMERGENCY CENTER;
GREATER HOUSTON EMERGENCY PHYSICIANS, PLLC, D/B/A ELITE
CARE EMERGENCY CENTER; AND HARVEY CASTRO, M.D., Appellants

V.

HERIBERTO MARTINEZ-GONZALEZ, Appellee

On Appeal from the 158th District Court
Denton County, Texas
Trial Court No. 15-04212-158

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Unopposed Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

In accordance with the parties' agreement, each party must bear its own costs. *See* Tex. R. App. P. 42.1(d).

Per Curiam

Delivered: November 10, 2022